UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 1:19 CR 28 |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| 1) PROPHET KARIM HADIALIM ALLAH | ) | |
|     a/k/a "Prophet Allah" | ) | |
|     a/k/a "Profit" | ) | |
| 2) RODNEY DEJUAN ALLISON | ) | |
|     a/k/a "Hot" | ) | |
|     a/k/a "Biggs" | ) | |
| 3) WILLIAM LUTHER DOWNS, JR. | ) | |
|     a/k/a "Little Hot" | ) | |
| 4) HARRY JAMES ODUM | ) | |
|     a/k/a "Jake" | ) | |
| 5) DERRICK MAURICE PERRY | ) | |
|     a/k/a "Dee" | ) | |
| 6) TERESA DAY SHUPING | ) | |
| 7) ELLIOT NORRIS SMITH | ) | |
|     a/k/a "Ell" | ) | |
| 8) JEFFREY ALLEN WRIGHT | ) | |
| | ) | |

UPON MOTION of the United States of America, by and through R. Andrew Murray, United States Attorney for the Western District of North Carolina, for an order directing that the Indictment and Arrest Warrants in the above-captioned case be unsealed; and

IT APPEARING TO THE COURT that there no longer exists any danger to the attendant investigation in this case;

NOW, THEREFORE, IT IS ORDERED that the Indictment and Arrest Warrants in the above-captioned case be unsealed.

This 12th day of April, 2019.

HONORABLE W. CARLETON METCALF
U.S. MAGISTRATE COURT JUDGE